UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JENNIFER OUDERKIRK,

                            Plaintiff,

                                                                          3:21-CV-1048
v.                                                                        (GTS/ML)

RESCUE MISSION ALLIANCE OF SYRACUSE,
d/b/a Thrifty Shopper; JESSICA ARNOLD, Store Manager;
TRINITY MONOHAN, Assistant Store Manager; and
TAMMY LARRY, Regional Manager,

                            Defendants.

_____

APPEARANCES:

JENNIFER OUDERKIRK
  Plaintiff, *Pro Se*
83 Van Kirk Road, Apt. 1
Newfield, New York  14867

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

Currently before the Court, in this *pro se* civil rights action filed by Jennifer Ouderkirk

("Plaintiff") against the Rescue Mission Alliance of Syracuse (d/b/a Thrifty Shopper) ("Rescue

Mission") and three of its employees ("Defendants"), is United States Magistrate Judge Miroslav

Lovric's Report-Recommendation recommending that Plaintiff's Title VII claims be permitted to

proceed against Defendant Rescue Mission, but that her ADA and 42 U.S.C. § 1983 claims

against all Defendants be dismissed with leave to amend.  (Dkt. No. 4.)

Plaintiff has not filed an Objection to the Report-Recommendation, and the deadline by

which to do so has expired.  (*See generally* Docket Sheet.)  After carefully reviewing the relevant

papers herein, including Magistrate Judge Lovric's thorough Report-Recommendation, the Court

can find no clear error in the Report-Recommendation.[1]  Magistrate Judge Lovric employed the

proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a

result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set

forth therein.  To those reasons, the Court adds only the following analysis.

An extra-liberal construction of the factual allegations of Plaintiff's Complaint suggests

that, in addition to attempting to assert the five claims identified on page five of the Report-

Recommendation, Plaintiff is also attempting to assert the following three claims against

Defendant Rescue Mission Alliance of Syracuse (d/b/a Thrifty Shopper): (1) a Title VII gender-

discrimination claim; (2) a Title VII religious-discrimination claim; and (3) a Title VII race-

discrimination claim.  (*Compare* Dkt. No. 1, at ¶¶ 6(A), 6(C), 8.3-8.5, 8.8-8.11, 8.15 [Plf.'s

Compl., alleging that she was "not permitted to wear long dresses and/or skirts on Sundays in

accordance with her religious beliefs"] *with* Dkt. No. 4, at 5 [Report-Recommendation].)

However, although the Complaint alleges facts regarding alleged gender discrimination and

alleged religious discrimination, it does not do so regarding alleged race discrimination.  (*See*

*generally* Dkt. No. 1.)  As a result, the former two claims survive the Court's *sua sponte* review,

while the latter claim does not.

---

[1]      When no objection is made to a report-recommendation, the Court subjects that
report-recommendation to only a clear-error review.  Fed. R. Civ. P. 72(b), Advisory Committee
Notes: 1983 Addition.  When performing such a clear-error review, "the court need only satisfy
itself that there is no clear error on the face of the record in order to accept the recommendation."
*Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995)
(Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which
no specific objection is made, so long as those sections are not facially erroneous.") (internal
quotation marks omitted).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 4) is

**ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Title VII retaliation claim, Title VII gender-discrimination

claim and Title VII religious-discrimination claim against Defendant Rescue Mission Alliance of

Syracuse (d/b/a Thrifty Shopper) **SURVIVE** the Court's *sua sponte* review; and it is further

**ORDERED** that Plaintiff's ADA and 42 U.S.C. § 1983 claims against all Defendants and

her Title VII race-discrimination claim against Defendant Rescue Mission Alliance of Syracuse

(d/b/a Thrifty Shopper) are *sua sponte* **DISMISSED** without prejudice and **with leave to**

**amend within THIRTY (30) DAYS** of the date of this Decision and Order;[2] and it is further

**ORDERED** that the Clerk of Court is directed to issue a Summons, along with a copy of

the Complaint, to the U.S. Marshal for service upon Defendant Rescue Mission Alliance of

Syracuse (d/b/a Thrifty Shopper), which is directed to respond in accordance with the Federal

Rules of Civil Procedure.

Dated:   December 13, 2021
         Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge

---

[2]      The Court notes that, after the above-referenced thirty (30) day period, Plaintiff
may amend this claim only during the pendency of this action and upon meeting the requirements
of Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1(a).